**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STELLA CANNON,

      Plaintiff,

v.                                                        Case No:   6:23-cv-941-PGB-LHP

A. GUPTA MD PA and ANITA GUPTA,

      Defendants

---

**ORDER**[1]

This matter comes before the Court on the Defendants' Notice of Resolution, indicating that the parties have resolved the case. Doc. No. 35. Based thereon, and given that this case arises under the Fair Labor Standards Act ("FLSA"), it is **ORDERED** that, on or before **November 1, 2024**, the parties shall file a motion for settlement approval under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The motion must be supported by a copy of the parties' fully executed settlement agreement.  In the motion, the parties shall address each count

---

[1] This case has been referred to the undersigned "for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions." Doc. No. 4.

of Plaintiff's complaint, Doc. No. 1-1, as well as Defendants' counterclaim, Doc. No. 14.   The parties shall also explain the amount of wages Plaintiff claimed to be owed, whether and to what extent Plaintiff compromised her claims, whether the amount of attorney's fees and costs was agreed upon separately and without regard to the amount Plaintiff agreed to accept, and, if not, evidence that the attorney's fees and costs to be paid under the settlement are reasonable.   In addition, if the parties have agreed to any additional terms such as a broad or general release, confidentiality, nondisparagement, or no re-employment provisions, counsel must explain why such provisions do not impact the reasonableness and fairness of the settlement.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2024.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties